1   Jared Walker (SB#269029)
    P.O. Box 1777
2   Orangevale, CA 95662
    T: (916) 476-5044
3   F: (916) 476-5064
    jared@jwalker.law
4

5   Attorney for Plaintiff,
    NELSON QUONG
6

7                    IN THE UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9   NELSON QUONG,                         Case No.: 2:21-cv-02134-JDP

10          Plaintiff,

11          v.                            STIPULATION AND ~~PROPOSED~~ ORDER
                                          FOR THE AWARD OF ATTORNEY FEES
12  KILOLO KIJAKAZI,                      PURSUANT TO THE EQUAL ACCESS TO
    Acting Commissioner of the Social Security   JUSTICE ACT, 28 U.S.C. § 2412
13  Administration,

14          Defendant.

15

16          IT IS HEREBY STIPULATED by and between the parties through their undersigned

17  counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses

18  in the above-entitled action in the amount of $10,400.00 under the Equal Access to Justice Act

19  (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services and

20  expenses incurred on behalf of Plaintiff by counsel in connection with this civil action.

21          Upon the Court's issuance of an order granting EAJA fees to Plaintiff, the government will

22  determine the issue of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to Astrue

23  v. Ratliff, 560 U.S. 586, 597-598 (2010), the ability to honor the assignment will depend on if the

24  fees are subject to any offset allowed under the United States Department of the Treasury's Offset

25  Program.  After the order for EAJA fees is entered, the government will determine whether they are

26  subject to any offset.

27          Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

28  that Plaintiff does not owe a federal debt, then the government will cause the payment of fees to be

1 | made directly to Plaintiff's attorney, LAW OFFICE OF JARED T. WALKER, P.C., pursuant to the

2 | assignment executed by Plaintiff.  Any payments made to Plaintiff will be delivered to JARED T.

3 | WALKER.

4 |      This stipulation constitutes a settlement of Plaintiff's request for EAJA attorney fees and

5 | does not constitute an admission of liability on the part of defendant under the EAJA or otherwise.

6 | Payment of the agreed amount will constitute a complete release from, and bar to, any and all claims

7 | that Plaintiff and/or Plaintiff's attorney, including LAW OFFICE OF JARED T. WALKER, P.C.,

8 | may have relating to EAJA attorney fees in connection with this action.

9 |      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

10 | attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

11 | Dated: November 27, 2023       Respectfully submitted,

12 |         /s/ *Jared Walker*

13 |         JARED T. WALKER,
   Attorney for Plaintiff

14 | SO STIPULATED:

15 |         PHILLIP A. TALBERT
   United States Attorney

16 |

17 |

18 |      By:  /s/ *Sathya Oum for Caspar Chan*
   CASPAR CHAN

19 |         (*authorized by e-mail on 11/30/2023*)
   Special Assistant United States Attorney

20 |

21 |         Attorneys for Defendant

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION AND PROPOSED ORDER FOR
AWARD UNDER EQUAL ACCESS TO JUSTICE ACT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA),

IT IS ORDERED that Plaintiff is awarded $10,400.00 in fees and expenses under 28 U.S.C. § 2412(d), inclusive of all amounts claimed, subject to and in accordance with the terms of the parties' foregoing Stipulation.  Plaintiff's motion of award of attorney's fees and costs, ECF No. 15, is denied as moot.

IT IS SO ORDERED.

Dated:    December 4, 2023    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR
AWARD UNDER EQUAL ACCESS TO JUSTICE ACT